[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 04-11681
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 21, 2005
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-23195-CV-UUB


RUEL D. LATOJA,

Plaintiff-Appellant,

versus


CARNIVAL CORPORATION,
d.b.a. Carnival Cruise Lines Incorporated,

Defendant-Appellee.


_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 21, 2005)


Before ANDERSON, BLACK and CARNES, Circuit Judges.

PER CURIAM:

As the appellant, Ruel D. Latoja, candidly concedes, his position in this appeal is squarely foreclosed by our decision earlier this year in <u>Bautista v. Star Cruises</u>, 396 F.3d 1289 (11th Cir. 2005). There is no material distinction between the two cases. Latoja seeks only to preserve his ability to seek certiorari review in the United States Supreme Court, and he has done that.

AFFIRMED.